AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

TROY O. GERAGHTY,

                Plaintiff,

                                              **JUDGMENT IN A CIVIL CASE**

                v.

DIANA ROWSE, MARK BOGDAN, ROBERT "RUSTY"
SMITH, RAY BERGROOS, and R. PATRICK MURPHY,    CASE NUMBER: CV-11-204-JLQ

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint shall be DISMISSED WITHOUT PREJUDICE.

September 8, 2011                                         JAMES R. LARSEN
*Date*                                                            *Clerk*
                                                            s/ Sheila Parpolia
                                                            *(By) Deputy Clerk*
                                                            Sheila Parpolia